AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

James D. Helterbrand
*Plaintiff*
v.
Commissioner of Social Security
*Defendant*

Civil Action No. 3:17-cv-00122

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in Plaintiff's favor under Fed. R. Civ. P. 58; matter is REMANDED to the Social Security Administration, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further consideration.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Decision and Entry.

Date: 9/26/17

CLERK OF COURT

/s/ Kaylin Atkinson
Signature of Clerk or Deputy Clerk